1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

8
9
10
11
12

13 | KENNETH HOWARD,                         Civil No.    08-0859 RTB (PCL)
     CDCR #K-87090,
14
                                  Plaintiff,
15                                            **ORDERING PLAINTIFF TO SHOW**
                                              **CAUSE WHY CASE SHOULD NOT**
16              vs.                           **BE DISMISSED FOR FAILURE**
                                              **TO PROSECUTE PURSUANT**
17 | A. HEDGPETH, Warden;                     **TO FED.R.CIV.P. 4(m)**
     A. ROGERS, CFM II;
     M. HANKINS,
18
                                  Defendants.
19
20
21
22

     On June 19, 2008, Plaintiff, an inmate currently incarcerated at Kern Valley State Prison

23 located in Delano, California and proceeding pro se, filed a civil rights Complaint pursuant to

24 42 U.S.C. § 1983.  Plaintiff did not prepay the $350 filing fee mandated by 28 U.S.C. § 1914(a)

25 to commence a civil action; instead, he filed a Motion to Proceed *In Forma Pauperis* ("IFP")

26 pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2].

27 / / /

28

1    The Court granted Plaintiff's Motion to Proceed *IFP* on June 26, 2008 [Doc. No. 4].

2   Subsequently, the Court also issued an Order directing that Plaintiff's Second Amended

3   Complaint be served on the Defendants. *See* May 12, 2009 Order at 3-4.   However, to date,

4   there is no indication on the Court's docket that Plaintiff has served the Defendants nor have the

5   Defendants appeared in this action. Accordingly, this Court ORDERS Plaintiff to show cause,

6   ***no later than November 30, 2009,*** why Plaintiff's action  should not be dismissed for want of

7   prosecution pursuant to FED.R.CIV.P. 4(m).   If Plaintiff wishes to proceed with his claims

8   against these Defendants he must provide the Court with documentation indicating his efforts

9   to serve Defendants by November 30, 2009.

10    In addition, the Clerk of the Court is directed to mail a copy of this Order to the United

11   States Marshal's Service.  The United States Marshal's Office shall provide the Court with any

12   information they have obtained with respect to the status of service of these Defendants ***no later***

13   ***than November 30, 2009.***

14    **IT IS SO ORDERED**.

15

16   DATED:  October 30, 2009

17   _____

18   Hon. Roger T. Benitez
     United States District Judge

19

20

21

22

23

24

25

26

27

28