# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| KENNETH HOWARD, CDCR #K-87090,<br><br>                    Plaintiff,<br><br>vs.<br><br>A. HEDGPETH, Warden;<br>A. ROGERS, CFM II;<br>M. HANKINS; M. HOWARD;<br>W. KIRBY; R. SEMPLE,<br><br>                    Defendants. | Civil No.   08-0859 RTB (PCL)<br><br>**ORDER DENYING MOTION FOR HEARING DATE AS MOOT**<br><br>**[Doc. No. 30]** |

      On March 23, 2010, Plaintiff filed a "Motion for Hearing Date." [Doc. No. 30]. In this Motion, Plaintiff is seeking a hearing date to file an unspecified motion. Pursuant to Local Rule 78-230(l), Plaintiff may file a Motion to be submitted on the Court's calendar without first obtaining a hearing date. *See* E.D. Cal. CIVLR 78-230(l). Thus, Plaintiff's Motion is **DENIED** as moot.

DATED: April 5, 2010

                                          Hon. Roger T. Benitez
                                          United States District Judge