UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH L. HOWARD,**<br><br>Plaintiff,<br><br>v.<br><br>**A. HEDGPETH, et al.,**<br><br>Defendants. | Case No. 08cv0859 RTB (PCL)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>**(Doc. No. 37)** |

Plaintiff Kenneth L. Howard ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with an action filed pursuant to 42 U.S.C. § 1983. (See Doc. No. 10.) On June 1, 2010, Plaintiff filed a Motion to Compel Response to Interrogatories and Production of Documents seeking production of certain written discovery propounded on Defendants. (Doc. No. 37.)

The Court determines that this matter is currently in discovery and a telephonic Mandatory Settlement Conference is set for July 15, 2010 at 10:00 a.m. (See Doc. No. 29.) The Court sets this hearing date as the appropriate date for a hearing on Plaintiff's Motion to Compel. If Defendants oppose Plaintiff's Motion to Compel, any opposition to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after June 1, 2010, the date of service of the motion. See L. R. 78-230(l).

Moreover, a responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Id. The parties should note that failure of the responding party to file an opposition or to file a statement

1 | of no opposition may be deemed a waiver of any opposition to the granting of the motion and
2 | may result in the imposition of sanctions. <u>Id.</u>
3 |       Plaintiff may serve and file a Reply to the Opposition on or before June 29, 2010. <u>See</u> L.
4 | R. 78-230(l).
5 | DATED: <u>June 2, 2010</u>

                                 U.S. Magistrate Judge
                                 United States District Court

cc:      The Honorable Roger T. Benitez
          All Parties and Counsel of Record