UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. HOWARD,<br><br>                                     Plaintiff,<br><br>   v.<br><br>A. HEDGPETH, et al.,<br><br>                                     Defendants. | Case No. 08cv0859 RTB (PCL)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>**(Doc. No. 37)** |

Plaintiff Kenneth L. Howard, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint under 42 U.S.C. § 1983 on June 19, 2008. (Doc. No. 10.)  On June 1, 2010, Plaintiff filed a Motion to Compel Discovery seeking responses to outstanding Interrogatories, Requests for Productions of Documents and Requests for Admissions.  (Doc. No. 37.)  The Court issued a Briefing Schedule requiring Defendants to Oppose Plaintiff's Motion or indicate their non-opposition to the Court by June 22, 2010.  However, Defendants failed to respond to the Court's Order by that date.  (See Doc. No. 41.)  On July 9, 2010, Plaintiff filed a timely Motion for Sanctions requesting imposition of sanctions on Defendants for failure to comply with the Court's Order.  (Doc. No. 40.)

Thereafter, on July 15, 2010, the Court held a telephonic Mandatory Settlement Conference during which the parties were present via telephone and advised the Court of the status of this case.  At this Conference, defense counsel indicated non-opposition to the Motion to Compel and requested ten (10) days to produce the requested responses.

1  After reviewing the Motion to Compel Discovery, Motion for Sanctions and Defendants'
2  Statement of Non-Opposition to the Motion to Compel, and being advised of the status of the
3  case, Plaintiff's Motion to Compel Discovery is GRANTED in its entirety.  Defendants must
4  produce all discovery indicated in Plaintiff's Motion by <u>July 26, 2010</u>.  The Court takes
5  Plaintiff's Motion for Sanctions under submission at this time.

6  **IT IS SO ORDERED**.

7  DATED: <u>July 15, 2010</u>

9  U.S. Magistrate Judge
   United States District Court

11  cc:   The Honorable Roger T. Benitez
         All Parties and Counsel of Record