UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH L. HOWARD,**<br><br>Plaintiff,<br><br>v.<br><br>**A. HEDGPETH, et al.,**<br><br>Defendants. | Case No. 08cv0859 RTB (PCL)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY** |

Plaintiff Kenneth L. Howard ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with an action filed pursuant to 42 U.S.C. § 1983. (See Doc. No. 10.) On August 6, 2010, Plaintiff filed a Motion to Compel Discovery seeking production of certain documents from Defendants. (Doc. No. 45.)

The Court determines this Motion as well as the pending Motions for Sanctions (Doc. Nos. 40; 44) are suitable for determination on the papers. Therefore, if Defendants oppose Plaintiff's Motion to Compel, any opposition to the granting of the Motion shall be served and filed by the responding party no later than August 27, 2010. See L. R. 78-230(l).

Moreover, a responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Id. **The parties should note that failure of the responding party to file an opposition or to file a statement of non opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.** Id.

1 | Plaintiff may serve and file a Reply to the Opposition on or before <u>September 3, 2010</u>.
2 | <u>See</u> L. R. 78-230(l).   The Motion to Compel Discovery and both Motions for Sanctions shall be
3 | deemed submitted on <u>September 10, 2010</u>.   Unless the Court orders otherwise, the matters shall
4 | be submitted on the papers and no personal appearances are necessary on that date.
5 | DATED: <u>August 10, 2010</u>

_____
U.S. Magistrate Judge
United States District Court

cc:   The Honorable Roger T. Benitez
     All Parties and Counsel of Record