UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KENNETH L. HOWARD,<br>CDCR #K-87090,<br><br>                              Plaintiff,<br><br>vs.<br><br>A. HEDGPETH, *et al.*,<br><br>                              Defendants. | Civil No.   08cv00859-RTB(PCL)<br><br>**ORDER CONTINUING PRETRIAL DEADLINES AND PRETRIAL CONFERENCE** |

The final pretrial conference and corresponding pretrial deadlines are continued as follows:

- Compliance with pretrial disclosure requirements on or before March 14, 2011
- Compliance with E.D. Civil Rule 16-281 on or before March 21, 2011
- Proposed final pretrial conference order served and lodged on or before March 28, 2011
- Final Pretrial Conference on April 4, 2011 at 10:30 a.m.

The Court only modifies the case management order as to the above dates.

**IT IS SO ORDERED.**

DATED: November 18, 2010

_____
Hon. Roger T. Benitez
United States District Judge