UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KENNETH L. HOWARD,**<br>**CDCR #K-87090,**<br><br>                                    **Plaintiff,**<br><br>vs.<br><br>**A. HEDGPETH,** *et al.***,**<br><br>                                    **Defendants.** | Civil No.    08cv00859-RTB(PCL)<br><br>**ORDER GRANTING MOTION TO**<br>**AUTHORIZE EXCESS PAGES**<br>**PHOTOCOPY AND EXTENDING**<br>**BRIEFING SCHEDULE**<br><br>**(Dkt No. 57)** |

   Plaintiff Kenneth L. Howard ("Howard"), a state prisoner proceeding *pro se* and *in forma pauperis* with a Second Amended Complaint pursuant to civil rights statute 42 U.S.C. §1983, moves for court authorization instructing the law librarian at Calipatria State Prison to photocopy his Opposition to defendants' Motion For Summary Judgment. He represents the Opposition, including exhibits, totals 133 pages, in excess of the 100-page duplication limit permitted under the prison policy absent a court Order to exceed that limit. For good cause shown in the motion, **IT IS HEREBY ORDERED** the prison librarian shall provide Howard with the photocopying necessary for the filing and service of his Opposition, not to exceed 133 pages per Opposition copy. **IT IS FURTHER ORDERED**, in consideration of Howard's Opposition filing deadline currently scheduled for December 6, 2010 and the delay occasioned by his request to exceed the authorized page limits, the briefing schedule is continued.

1  The Opposition shall be served and filed on or before ***December 20, 2010***, and Defendants may serve
2  and file a Reply on or before ***January 3, 2011***.  Absent further Order of the Court, the Motion will be
3  considered fully briefed upon passage of the defendants' Reply deadline and will be decided on the
4  papers, without oral argument.

5       **IT IS SO ORDERED.**

7  DATED:  November 29, 2010

9       Hon. Roger T. Benitez
10      United States District Judge